UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

R# 286708

IN RE:                                CASE NO.  05-60238-BKC-RAM
ALVARO JIMENEZ

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $   10.83   remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( )  The trustee has a balance of $    .00    remaining in her bank account which represents small dividends as defined by FRBP 3010.

    Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

    WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date:  JUL 2 3 2010

                                        NANCY N. HERKERT
                                        CHAPTER 13 TRUSTEE

Copies to:

ALVARO JIMENEZ
8888 SW 131 CT.
APT. # 209
MIAMI, FLORIDA 33186

JOSHUA S. MILLER, ESQUIRE
9555 N. KENDALL DRIVE, #211
MIAMI, FL 33176

CACH, HOUSEHOLD BANK
COLLECT AMERICA
370 SEVENTEENTH ST. #5000
DENVER, CO 80202

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.   05-60238-BKC-RAM
ALVARO JIMENEZ

CHAPTER 13

ALVARO JIMENEZ                        ---------$            .00

8888 SW 131 CT.
APT. # 209
MIAMI, FLORIDA 33186

JOSHUA S. MILLER, ESQUIRE
9555 N. KENDALL DRIVE, #211
MIAMI, FL 33176

CACH, HOUSEHOLD BANK                  ---------$          10.83
COLLECT AMERICA
370 SEVENTEENTH ST, #5000
DENVER, CO 80202
                                       UNDELIVERABLE/STALE
U.S. Trustee                           CLAIM REGISTER#  17
51 S.W. 1st Avenue
Miami, Florida 33130